Stevens et ux. *v.* Pittsburgh, Appellant.

Argued March 28, 1938. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Anne X. Alpern,* First Assistant City Solicitor, with her *Churchill Mehard,* City Solicitor, for appellant.

*A. H. Rosenberg,* for appellee.

PER CURIAM, April 18, 1938:
The decree of the Superior Court is affirmed on the opinion of Judge CUNNINGHAM.
Appellant is directed to pay the costs.